FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2024

SEAN F. McAVOY, CLERK

*AUSA Assigned: LCG*

*County of Investigation: Spokane*

*In Re: Criminal Complaint for Derrick MARTIN DOB█████1968*

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| | ) ss |
| County of Spokane | ) |

## AFFIDAVIT IN SUPPORT

I, Ross Drury, being first duly sworn on oath, depose and state:

## INTRODUCTION

1.    I make this affidavit in support of a criminal complaint seeking the arrest of Derrick MARTIN for violations of 26 U.S.C. § 5861(d) – *Unlawful Receipt or Possession of Firearm Not Registered in the NFA to the Possessor or Receiver*.

2.    I am employed by the Washington Department of Corrections (DOC) as a Corrections Specialist 4 (CS4) assigned to the Alcohol, Tobacco, Firearms, and Explosives (ATF) Task Force and been so employed in this capacity since January 2023. I am a deputized federal law enforcement Task Force Officer (TFO) with the ATF, I am currently assigned to the Spokane Field Office. As an ATF TFO, my duties include the investigation of violations of federal firearms laws. I have five years of State law enforcement experience with DOC. Prior to my employment with DOC, I worked three seasons as a commissioned Protection Ranger for the National

Complaint Affidavit  24-MJ-00262-JAG page -1

Park Service. During my law enforcement career, I have made numerous arrests for both state and federal violations. I have participated in numerous investigations involving felonious crimes. I have received 720 hours of specialized training at the Park Ranger Law Enforcement Academy in Mount Vernon, WA, and 200 hours of specialized training at the Community Corrections Officer Academy in Lacey, WA. I have also received both on the job and dedicated training in the investigation of violations of federal firearms laws with ATF. I have also consulted with Senior Special Agents in the ATF, who have years of experience in working firearms and explosives related investigations.

3.    As a federal law enforcement TFO with ATF, I have participated in the execution of numerous state and federal search warrants, including searches for evidence related to the illegal possession, manufacturing, and trafficking of firearms, destructive devices, and the possession and distribution of controlled substances.

4.    I am also familiar with the identification of various controlled substances, to include but not limited to fentanyl, methamphetamine, cocaine, heroin, and marijuana. I am also familiar with the various methods used by individuals to obtain, possess, transport, and/or sell controlled substances and the modus operandi utilized by individuals and members of a drug trafficking organization. I have interviewed drug traffickers, users, and confidential

Complaint Affidavit  24-MJ-00262-JAG page -2

informants/sources, and have discussed with them the lifestyle, appearances, and habits and methods of drug traffickers and users.

5.    I am familiar with the modus operandi as it pertains to the illegal importation, transportation, and distribution of illegal drugs, as well as the manufacture and sale of illegal firearms.  These methods include the use of cellular telephones, wireless communication technology, counter surveillance, stash houses, false or fictitious identities, and the use of "coded" or vague communications in an attempt to thwart law enforcement.

6.    The information in this affidavit is based upon my own investigation and my review of reports, documents, and conversation with other law enforcement officers.  Because this affidavit is being submitted in support of the requested search warrants, as outlined above, I have not included each and every fact known to me about the investigation, but only those facts and circumstances necessary to establish probable cause.  All of my opinions are based on my training and experience, and my consultation with other law enforcement officers.  All times are meant to be estimates and all conversations are intended to be general summaries (i.e. not transcripts), unless otherwise noted.

### FACTS SUPPORTING PROBABLE CAUSE

7.    On April 20, 2024, Spokane County Sheriff Office ("SCSO") Deputies arrested Derrick MARTIN (MARTIN) for Unlawful Possession of a

Complaint Affidavit  24-MJ-00262-JAG page -3

Firearm in the Second Degree and booked him into the Spokane County Jail. Per the Deputy's report, MARTIN was pulled over for a traffic violation and the Deputy observed the "grip of a pistol underneath the driver's seat." The deputy authored and received a search warrant for MARTIN's vehicle. While executing the search warrant, the Deputy recovered a loaded .45 caliber Kimber 1911 underneath the driver's seat.

8.      I was informed that MARTIN bonded out of Spokane County Jail on or before April 21, 2024. MARTIN is on Community Supervision after being convicted of Criminal Mischief While Armed with a Deadly Weapon under Spokane County Case Number 22-1-10081-32. As a result of the arrest, MARTIN was directed to report to the Department of Corrections (DOC) on April 22, 2024. When MARTIN reported to DOC, he was then placed under arrest (booked into Spokane County Jail) for violating the conditions of his supervision for possessing the firearm found during the traffic stop on or about April 20, 2024.

9.      I was told by Community Corrections Officer (CCO) Wilson that reasonable cause was found that MARTIN had violated the conditions of his supervision, and a DOC search of the vehicle he drove to the office and of his residence was approved to search for additional evidence of violations pertaining to firearms.

10.      During the search of MARTIN's vehicle, a 2015 Ford Focus, black in

Complaint Affidavit  24-MJ-00262-JAG page -4

color, with and Idaho license plate number K5043U, a small bag of suspected methamphetamine was located in the center console. A female occupant of the car told a CCO officer that MARTIN had driven the vehicle to the office. MARTIN admitted to a CCO that he had consumed methamphetamine earlier in the day. Due to this additional violation, acting supervisor designee CCO Wilson authorized an expansion of the search of MARTIN's residence to also include additional evidence of a possible violation relating to possession of controlled substances.

11.    On April 22, 2024, I was contacted by Corrections Specialist Supervisor (CCS) Pat Green regarding the potential possession by MARTIN of multiple items that fall under the National Firearms Act (NFA), including possible silencers and firearms. CCS Green informed me the items were located by Community Corrections Officers (CCO) during the DOC search of MARTIN's residence.

12.    CCO Wilson advised me that none of the AR rifles or silencers had any manufacturer markings or serial numbers on them that would be present if they had come from a manufacturer. CCS Green sent me the following photo of several recovered firearms.



13.     On April 23, 2024, I spoke with CCO Jeremy Wilson who was involved in the DOC search. CCO Wilson informed me, and I could view in the photo, that the AR style rifles were affixed with what appear to be rifle stocks. CCO Wilson further stated when they measured the length of the barrels on the rifles, they were approximately 9.5 inches long.

14.     I know that based on my knowledge, training, and consulting experienced Senior Special Agents with ATF, to legally possess short-barreled rifles (having a barrel less than 16 inches) and/or silencers, they would have to be registered as NFA weapons.

15.     On May 6, 2024, Washington Department of Corrections (DOC) transferred the AR style firearms to me. In inspecting the firearms, I observed there were no serial numbers on the lower receivers, and both were affixed with rifle stocks. The overall length of the firearm with the black in color lower receiver measured approximately 29 inches in total overall length and the barrel measured approximately 10 inches (see photos below).



Complaint Affidavit   24-MJ-00262-JAG page -7





16.     CCO Wilson also informed me that they found small quantities of suspected methamphetamine throughout MARTIN's residence and that the

substance field tested as a presumptive positive for methamphetamine. CCO Wilson told me that there was a large amount of drug paraphernalia spread throughout the residence, including pipes, needles, foil, lighters, and like items used to ingest controlled substances. Furthermore, there was a large gun safe in an outbuilding of the residence that CCO's were unable to access. When asked about the locked shed, MARTIN admitted to CCOs that there were drugs inside.

17.    CCO Wilson has informed me that they also recovered hundreds of rounds of ammunition of various calibers, several other components, or what appeared to be the components for making silencers, multiple "Polymer 80" jigs (used to drill out 80% lower pistol receivers often associated with un-serialized "Glock" style handguns), a large tub (labeled as 8 pounds) of smokeless powder, and hobby fuse.

18.    Through training and experience, and through consulting with other special Agents, I know that often times, when hobby fuse is found in close proximity to smokeless powder, this can be indicative of someone making an improvised explosive device (IED), or "pipe bomb." I also know that IEDs or pipe bombs are firearms under the NFA and subject to the same regulations as other NFA firearms.

19.    On May 6, 2024, a federal search warrant was executed at MARTIN's residence. Amongst other items collected, a blasting cap detonator, was located inside the master bedroom hidden in a bedpost.

Complaint Affidavit  24-MJ-00262-JAG page -9

20. On April 23, 2024, I contacted ATF Area Supervisor Linda Young and requested a check on MARTIN to see if he was listed in ATF databases. Checks revealed the following:

a. MARTIN does not have any firearms, to include short barreled rifles, silencers, or destructive devices, registered to him in the National Firearms Registration and Transfer Record ("NFRTR"); and

b. MARTIN does not have a Federal Firearms License.

### CONCLUSION

21. Based on the aforementioned details, I submit that there is probable cause to believe that Derrick MARTIN committed the offense of 26 U.S.C. § 5861(d) – *Unlawful Receipt or Possession of Firearm Not Registered in the NFA to the Possessor or Receiver* on or about April 22, 2024.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully Submitted,

_____
Ross Drury, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms,
and Explosives

Complaint Affidavit  24-MJ-00262-JAG page -10

Sworn to telephonically and signed electronically on this 7th day of May, 2024.

James A. Goeke
United States Magistrate Judge