FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# CHARGES AND PENALTIES

May 07, 2025

SEAN F. McAVOY, CLERK

**CASE NAME:** Derrick Dean MARTIN          **CASE NO.** 2:24-cr-00149-MKD

TOTAL # OF COUNTS: 2    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 26 U.S.C. §§ 5841, 5861(d), 5871 | Unlawful Receipt or Possession of Unregistered Firearms | CAG not more than 10 years; a fine up to $250,000; not more than years 3 of supervised release; and a $100 special penalty assessment |
| 2 | 18 U.S.C. §§ 922(g)(8), 924(a)(8) | Prohibited Person in Possession of a Firearm and Ammunition | CAG not more than 15 years; a fine up to $250,000; not more than years 3 of supervised release; and a $100 special penalty assessment |
| 3 | 18 U.S.C. §§ 922(g)(3), 924(a)(8) | Prohibited Person in Possession of a Firearm and Ammunition | CAG not more than 15 years; a fine up to $250,000; not more than years 3 of supervised release; and a $100 special penalty assessment |
| | 18 U.S.C. § 924(d)(1), 49 U.S.C. § 80303, 26 U.S.C. § 5872, 28 U.S.C. § 2461(c) | Forfeiture Allegation | |
| | | | |
| | | | |
| | | | |